Case No: 06-1821

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

HUNTINGTON NATIONAL BANK

    Plaintiff - Appellee

v.

MICHAEL A. MCCANN, Dr.

    Defendant - Appellant

06 JUL 19 PM 3:12

FILED
JUL 17 2006
LEONARD GREEN, Clerk

1:02-cv-572
Judge Enslen

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by 6/28/06.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

_____ ldk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk